Grant v. Doe et al Doc. 6

JAMES J. BANKS (SBN 119525)
BANKS & WATSON
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA 95814-2403
(916) 325-1000
(916) 325-1004 (facsimile)

Attorneys for Plaintiff
ERIC GRANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE and JANE DOE,<br><br>Defendants. | Case No.: 2:07-CV-01087-GEB-EFB<br><br>**NOTICE OF SETTLEMENT**<br>**(E.D. Local Rule 16-160(a))** |

TO THIS COURT, THE HONORABLE GARLAND E. BURRELL, JR., TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN pursuant to Local Rule 16-160(a) that the above-captioned action has been resolved via out-of-court settlement.

DATED: August 31, 2007

BANKS & WATSON

By: /s/ James J. Banks
JAMES J. BANKS
Attorneys for Plaintiff ERIC GRANT



Dockets.Justia.com

BANKS & WATSON
CASE NAME: *Eric Grant v. John Doe, et al.*
COURT: **United Stated District Court for the Eastern District of California**
CASE NO: **2:07-CV-01087-GEB-EFB**

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF SACRAMENTO )

At the time of service, I was over 18 years of age and not a party to this action. My business address is 813 Sixth Street, Suite 400, Sacramento, California 95814.

On August 31, 2007, I served the within copy of:

**NOTICE OF SETTLEMENT**

on the person(s) below, as follows:

| | |
|---|---|
| Ms. Alyssa B. Klausner<br>Levin & Stein<br>12424 Wilshire Boulevard<br>Suite 1450<br>Los Angeles, CA 90025 | Attorneys for John Doe and Jane Doe |

(√) **BY UNITED STATES MAIL** – I enclosed the document in a sealed envelope or package addressed to the person(s) at the address(es) listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this office's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sacramento, California.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made. Executed on August 31, 2007, at Sacramento, California.

/s/ Janice Warner
Janice Warner